FILED' 11 APR 08 08:21 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MICHAEL MARKS,                                                            CV. 10-273-HU

        Petitioner,                                                           ORDER

  v.

BRIAN BELLEQUE,

        Respondent.

BROWN, Judge

    Petitioner's motion to voluntarily dismiss (#30) is GRANTED. This proceeding is DISMISSED, with prejudice.

    IT IS SO ORDERED.

    DATED this 7th day of April, 2011.

                                                    Anna J. Brown
                                                    United States District Judge

1 -- ORDER